UNITED STATES DISTRICT COURT      **JS-6**
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 17-6186-DMG (MRWx)** | Date January 23, 2018 |

Title *Richard Fossaas v. Henry Vera, et al.*

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS - ORDER AND NOTICE TO PARTIES**

On November 21, 2017, the Court ordered Plaintiff to show cause in writing, no later than December 29, 2017, why the above-entitled action should not be dismissed for failure to prosecute ("OSC"). [Doc. # 11.] On December 4, 2017, pursuant to Plaintiff's request, the Court extended the OSC deadline to January 17, 2018. [Doc. # 13.] To date, Plaintiff has not filed a response or a proof of service of the complaint on Defendant.

Accordingly, good cause appearing, the Court **DISMISSES** this action without prejudice under Federal Rule of Civil Procedure 4(m) for failure to prosecute.

IT IS SO ORDERED.